UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00082-FDW-DSC

| | |
|---|---|
| REGINALD NESBITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| MECKLENBURG COUNTY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint, (Doc. No. 3), and Plaintiff's response thereto, which the Court construes as a Motion for Leave to file an Amended Complaint, (Doc. No. 6). For the reasons stated herein, Plaintiff's pending motion to amend is GRANTED, and Defendant's Motion to Dismiss (Doc. No. 3) is DENIED AS MOOT.

Defendant moves to dismiss Plaintiff's Original Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. No. 3). However, because Defendant's Motion to Dismiss was filed prior to the Court's granting of leave to file an Amended Complaint, Defendant's Motion is moot. It is well settled that a timely-filed amended pleading supersedes the original pleading, and motions directed at superseded pleadings may be denied as moot. Young v. City of Mount Ranier, 238 F.3d 567, 573 (4th Cir. 2001) ("[t]he general rule … is that an amended pleading supersedes the original pleading, rendering the original pleading of no effect"); Colin v. Marconi Commerce Systems Employees' Retirement Plan, 335 F.Supp.2d 590, 614 (M.D.N.C. 2004) (defendants' earlier motion to dismiss was rendered moot by the filing of plaintiff's second amended complaint); Turner v. Kight, 192 F. Supp. 2d 391, 397 (D. Md. 2002)

1

(denying as moot motion to dismiss original complaint on grounds that amended complaint superseded original complaint); see also Brown v. Sikora and Associates, Inc., 2008 WL 1751934, *3 (4th Cir. 2008); Atlantic Skanska, Inc., 2007 WL 3224985, *4 (W.D.N.C. 2007); Hi-Tech, Inc. v. Rising, 2006 WL 1966663, *3 (W.D.N.C. July 11, 2006).  Therefore, Defendant's Motion to Dismiss Plaintiff's Complaint is DENIED AS MOOT without prejudice to re-file a motion to dismiss in response to Plaintiff's Amended Complaint.

**IT IS SO ORDERED.**

Signed: July 21, 2016

Frank D. Whitney
Chief United States District Judge