# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:16-CV-00082-FDW-DSC

| | |
|---|---|
| REGINALD NESBITT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MECKLENBURG COUNTY, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on the "Defendant's Motion to Stay Initial Attorneys' Conference" (document #13) filed August 4, 2016.

After conferring with the chambers of the Honorable Frank D. Whitney, it is hereby **ORDERED** that the Motion is **DENIED.**

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Frank D. Whitney.

**SO ORDERED.**

Signed: August 5, 2016

David S. Cayer
United States Magistrate Judge